Village of Cornwall, Appellant, *v.* County of Orange, Respondent.

Argued January 11, 1938; decided January 25, 1938.

*Henry Hirschberg* for appellant.

*Percy V. D. Gott, County Attorney,* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.